STATE v. REED

No. 232PA01

Case below: 143 N.C. App. 155

Motion by the Attorney General for temporary stay allowed 3 May 2001.

STATE v. REESE

No. 202P01

Case below: 140 N.C. App. 790

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 May 2001.

STATE v. SCANLON

No. 480A99-2

Case below: Durham County Superior Court

Motion by defendant for temporary stay allowed 4 May 2001.

STATE v. TUCKER

No. 118P01-2

Case below: 140 N.C. App. 790

Petition by defendant pro se for writ of mandamus denied 3 May 2001.

WALL v. APPLING-BOREN CO.

No. 150P01

Case below: 142 N.C. App. 215

Petition by plaintiffs (Sherrie W. Robbins, Scott Wall and Rhonda Allman) for discretionary review pursuant to G.S. 7A-31 denied 12 April 2001.